ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WUN CHEI CHAO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, *et al.*, <br><br> Defendant. | C 3:23-cv-00893 LJC <br><br> **STIPULATION TO DISMISS; ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, hereby stipulate to dismiss this case on the following terms:

1.    Defendant United States Citizenship and Immigration Services ("USCIS") agrees to take initial adjudicative action – an approval, denial, Request for Evidence ("RFE"), Request for Clarification ("RFC"), or Notice of Intent to Deny ("NOID") – based on the following schedule:

| PRINCIPAL PLAINTIFF | DEADLINE FOR INITIAL ADJUDICATIVE ACTION FROM THE DATE OF THE EXECUTION OF THE VOLUNTARY DISMISSAL |
|---|---|
| TAN VAN HUYNH | 90 days |
| MAI THI THUY MAI | 90 days |

Parties' Stipulation
C 3:23-cv-00893 LJC                         1

| BINGZE DU | 90 days |
|---|---|
| LINGLING ZHAN | 90 days |
| YIGIT ILYAS SEFTALI | 90 days |
| DIEN THANH PHAN | 90 days |
| JAICE JACOB | 120 days |
| WUN CHEI CHAO | 120 days |
| YING LI | 120 days |
| MEENU VIKASH SACHAR | 120 days |
| HUI LI | 120 days |
| MEHMET HAKAN KORKMAZ | 150 days |
| YUNLONG GUO | 150 days |
| CAM THUY TRUONG | 150 days |
| YUNJIANG HU | 150 days |
| ASEELA LAMIYA | 150 days |
| ZONGQING SHEN | 150 days |

2. If, after initial review, USCIS has or does issue to a Plaintiff an RFE, NOID, or RFC, USCIS agrees to take the next adjudicative action within 45 days of receipt of each respective Plaintiff's response to the RFE/NOID/RFC. This 45-day timeframe will apply to any subsequent adjudicative actions, if applicable.

3. Plaintiffs' counsel agrees to notify Defendant's counsel by email within 5 days of submission of a response to an RFE/NOID/RFC and provide Defendant's counsel with the tracking information.

4. If Plaintiffs believe there is a breach of this agreement, Plaintiffs agree to give Defendant's counsel notice and fourteen days to remedy such breach prior to seeking judicial intervention.

5. If Defendant is unable to meet these deadlines for reason out of its control, it agrees to notify counsel for Plaintiffs and Plaintiff's counsel agrees to work in good faith with Defendant to resolve the issue without judicial intervention.

6. The parties agree to bear their own costs and fees.

Dated: April 19, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: April 19, 2023

/s/ Bernard P. Wolfsdorf
BERNARD PAVEL WOLFSDORF
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 19, 2023

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.